# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN AKIN,<br><br>    Petitioner,<br><br>v.<br><br>R. MADDEN, Warden,<br><br>    Respondent. | Case No. CV 17-04363 SJO (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further made a *de novo* review of those portions of the Report to which objections have been made. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: 12/06/19

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE